**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**CRYSTAL LEANN "CLARIDA"**
**FITZWATER, et al.** PLAINTIFFS

V. Civil No. 05-3056

**DANNY HICKMAN, et al.** DEFENDANTS

**O R D E R**

Currently before the Court is plaintiffs' pro se **Motion for Nunc Pro Tunc Relief (Doc. 15).** In this motion, plaintiffs seek to correct the misspelling in their complaint of one of the Boone County defendants' names. Upon due consideration, the motion is **GRANTED** and the United States District Court Clerk is directed to edit the caption of this matter to change the spelling of defendant Richard Bogle's name to Richard Vogle.

**IT IS SO ORDERED** this 3rd day of October 2005.

/s/Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**