IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                              PLAINTIFFS

      v.      Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                                      DEFENDANTS

## O R D E R

Currently before the Court are the pro se plaintiffs' **Motions for Default Judgment against Defendants Linda Adams and John Putman**. (Docs. 58, 61.) These motions are hereby **DENIED**, as defendants Adams and Putman filed responses to plaintiffs' amended complaint within 20 days of the service thereof, as directed by the Court in its order (Doc. 48) granting plaintiffs leave to amend.

IT IS SO ORDERED this 1st day of December 2005.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE