IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                            PLAINTIFFS

          v.             Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                                     DEFENDANTS

**O R D E R**

Now on this 27th day of December, 2005, the Court deems it appropriate to address several issues in this case and, being well and sufficiently advised, finds and orders as follows:

1. The Court notes that attorney Dana A. Reece has entered her appearance for separate defendants Randel Earl Clarida and Zeola Yeager and that several logistical problems have occurred during the course of Ms. Reece's representation of these defendants. These problems include the fact that Ms. Reece is not currently registered with the Court's CM/ECF (Case Management / Electronic Case Files) electronic filing system although she has been repeatedly requested to register; and the fact that Ms. Reece's address with the Court has not been updated to reflect her office move from Spring Plaza to Shackleford in Little Rock.

2. As a result of the foregoing problems, Ms. Reece may not have received in a timely manner all pleadings filed herein -- including motions for default against Clarida and Yeager (documents # 59 & 60). As a result, the Court and other parties have been unnecessarily inconvenienced and Ms. Reece's clients are being placed at risk of unfair prejudice in the case. Thus, these problems are not acceptable to the Court and will not be permitted to continue unabated.

3. To correct these unacceptable problems, the Court will direct that Ms. Reece shall register with the Court's electronic

case filing system within thirty (30) days of this Court's Order; and that she will henceforth keep the Clerk of Court and the Court promptly advised of any changes to her address and/or telephone number.

4. In light of this Order and in the event she has not already done so, the Court will allow Ms. Reece ten (10) days from the date of this Order within which to respond to the pending motions for default against Clarida and Yeager (documents #59 & 60).

Further, the Court will order that, until Ms. Reece is registered with the Court's electronic filing system in accordance with this Order, all parties shall serve Ms. Reece with all pleadings at her current address: #8 Shackleford, Little Rock, AR 72211.

5. In the event Ms. Reece shall be unwilling or unable to comply with this Order, the Court will then consider entering an order requiring her to show cause why her privilege to practice before the United States District Court for the Western District of Arkansas should not be suspended.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE