IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                             PLAINTIFFS

       v.         Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                                     DEFENDANTS

## O R D E R

On this 5th day of April 2006, the above referenced matter comes on for consideration of **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Motion to Strike Defendant Johnny L. Nichols's Answer to First Amended Complaint (Doc. 65).** The Court, being well and sufficiently advised, finds and orders as follows:

1. The plaintiffs initiated this action on September 22, 2005; and, then filed an amended complaint herein on November 9, 2005, naming as defendants Johnny L. Nichols, John Putman, Randel Earl Clarida, Danny Hickman, Richard Bogue, Linda Adams, and Zeola Yeager.

2. Separate Defendant Johnny L. Nichols filed his Answer (Doc. 53) to the First Amended Complaint on November 28, 2006. The plaintiffs now move to strike Nichols's Answer.

3. The plaintiffs argue that Nichols's Answer does not comply with Rule 36 of the Federal Rules of Civil Procedure.

4. In his response to the plaintiffs' motion, Nichols argues that the motion "sets forth neither a factual nor legal basis upon which striking an answer would be appropriate" (Doc. 74). Further Nichols points out that Rule 36 of the Federal Rules of Civil Procedures "pertains to requests for admission and has

nothing whatsoever to do with either the form or content of pleadings."

5. Upon due consideration, this Court finds that plaintiffs' motion should be, and it hereby is, **DENIED**. Although the plaintiffs rely on Rule 36 of the Federal Rules of Civil Procedure, that Rule does not apply to the content of an answer to a complaint. Further, Nichols's Answer appears to comply with the applicable rules.

**IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED** that **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Motion to Strike Defendant Johnny L. Nichols's Answer to First Amended Complaint (Doc. 65)** should be, and it hereby is, **denied**.

**IT IS SO ORDERED.**

/s/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE