IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                    PLAINTIFFS

        v.            Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                            DEFENDANTS

**O R D E R**

On this 5th day of April 2006, the above referenced matter comes on for consideration of **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Motion to Strike Separate Defendants' Danny Hickman and Richard Bogue Answer to First Amended Complaint (Doc. 69)**. The Court, being well and sufficiently advised, finds and orders as follows:

1. The plaintiffs initiated this action on September 22, 2005; and, then filed an amended complaint herein on November 9, 2005, naming as defendants Johnny L. Nichols, John Putman, Randel Earl Clarida, Danny Hickman, Richard Bogue, Linda Adams, and Zeola Yeager.

2. Separate Defendants Danny Hickman and Richard Bogue filed the Separate Boone County Defendants' Answer to Amended Complaint (Doc. 52) on November 21, 2006. The plaintiffs now move to strike Hickman and Bogue's answer.

3. The plaintiffs argue that the separate defendants' pleading does not comply with Rule 36 of the Federal Rules of Civil Procedure. Further, the plaintiffs argue that the pleading's "blanket response[s] are most certainly insufficient;" and, that "reasonable inquiry" was not made into plaintiffs' allegations.

4. In their response to the plaintiffs' motion (Doc. 79), the separate defendants argue that the motion is "largely nonsensical and is entirely frivolous, apparently intended only to burden the record and harass the Separate County Defendants." Further, the separate defendants point out that Rule 36 of the Federal Rules of Civil Procedures does not apply, as it "deals entirely with Requests for Admission, not Answers to Complaints."

5. Upon due consideration, this Court finds that plaintiffs' motion should be, and it hereby is, **DENIED**. Although the plaintiffs rely on Rule 36 of the Federal Rules of Civil Procedure, that Rule does not apply to the content of an answer to a complaint. Further, the separate defendants' answer appears to comply with the applicable rules.

**IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED** that **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Motion to Strike Separate Defendants' Danny Hickman and Richard Bogue Answer to First Amended Complaint (Doc. 69)** should be, and it hereby is, **denied.**

**IT IS SO ORDERED.**

/s/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE