```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                    PLAINTIFFS

         v.           Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                            DEFENDANTS

## O R D E R

On this 5th day of April 2006, the above referenced matter comes on for consideration of **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Plaintiffs' Motion for Order and Motion to Shorten Time for Execution of Writ of Execution of Judgment (Doc. 76)** and **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Plaintiffs' Amended Motion for Order and Motion to Shorten Time for Execution of Writ of Execution of Judgment (Doc. 81).** The Court, being well and sufficiently advised, finds and orders as follows:

1. The plaintiffs initiated this action on September 22, 2005; and, then filed an amended complaint herein on November 9, 2005, naming as defendants Johnny L. Nichols, John Putman, Randel Earl Clarida, Danny Hickman, Richard Bogue, Linda Adams, and Zeola Yeager.

2. On December 16, 2005, the plaintiffs filed **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Plaintiffs' Motion for Order and Motion to Shorten Time for Execution of Writ of Execution of Judgment (Doc. 76);** and, on December 20, 2005, the plaintiffs filed **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton**

**Louis Vaughn, Sr. Plaintiffs' Amended Motion for Order and Motion to Shorten Time for Execution of Writ of Execution of Judgment (Doc. 81).** Several separate defendants (Adams, Nichols, Bogue, and Hickman) have filed pleadings in response to the plaintiffs' motions (Docs. 77, 79, 83, 84, 85, 86, & 87).

    3.    Through the information set forth in plaintiffs' motion, it appears that plaintiffs view the actions of certain defendants as improper in some way. The plaintiffs state that separate defendant (and Court Reporter) Linda Adams contacted them by mail on December 12, 2005, requesting their agreement to an extension of time for a transcript that she was preparing for the plaintiffs' appeal of a Boone County, Arkansas Circuit Court decision. The plaintiffs seem to complain that Adams' contact between separate defendant Johnny Nichols and separate defendant John Putman concerning the state court extension amounted to improper ex parte contact, and is evidence of conspiracy and entrapment. The plaintiffs also seem to argue that the "contact" between the separate defendants, combined with certain defendants' pleadings in *this* lawsuit, indicates improper actions, conspiracy and entrapment.

    4.    Although the plaintiffs ask for an "order" and to "shorten time for execution of writ of execution of judgment," it is difficult to discern the relief plaintiff believes this Court can provide. There has been no judgment entered against any defendant in this matter – hence, there is no judgment to execute upon.

In their various pleadings, the separate defendants argue that plaintiffs' motions simply fail to state a legal or factual basis for any relief, whatsoever. Upon due consideration of the multiple lengthy pleadings filed by the plaintiffs, this Court agrees and finds that the plaintiffs' motions should be, and they hereby are **DENIED**.

**IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED** that **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Plaintiffs' Motion for Order and Motion to Shorten Time for Execution of Writ of Execution of Judgment (Doc. 76)** and **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater and Alton Louis Vaughn, Sr. Plaintiffs' Amended Motion for Order and Motion to Shorten Time for Execution of Writ of Execution of Judgment (Doc. 81)** should be, and they hereby are, **denied**.

**IT IS SO ORDERED.**

    /s/JIMM LARRY HENDREN
    JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE