IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                                    PLAINTIFFS

             v.                 Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                                            DEFENDANTS

## O R D E R

Now on this 19th day of July, 2006, the above referenced matter comes on for this Court's consideration.

For the reasons set forth in separate Orders of this Court, entered on this date, the Court directs the following:

* **Within five (5) days of the date of this Order**, **separate defendants Randal Earl Clarida and Zeola Yeager** are to submit to plaintiffs, with copy to the Court, a statement of costs and attorneys fees for amounts expended due to the plaintiffs' failure to attend the depositions scheduled for June 6 and 7.

* **Within ten (10) days of the date the above information is submitted by the separate defendants, the plaintiffs** are directed to pay to the Clerk of Court -- for distribution to defendants -- the amount submitted in the separate defendants' statements of costs and attorneys fees.

If the amounts claimed seem reasonable to the Court, it will forthwith enter an order directing the Clerk to distribute the monies paid in by plaintiffs. If not, or if plaintiffs have objection to the amounts requested, the Court will address the matter **after** the depositions in question have been taken. In no event are plaintiffs authorized to delay making the payments

because of any challenge they might wish to make concerning them.

**IT IS SO ORDERED.**

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE
