IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                          PLAINTIFFS


        v.              Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                                  DEFENDANTS

# O R D E R

Now on this 2nd day of August, 2006, the above referenced matter comes on for this Court's consideration of **Separate Plaintiff's Motion to Reconsider July 19, 2006 Orders Identified as Documents # 140, 141, 142, and 143** (document #155) which was filed herein on July 31, 2006. The Court, being well and sufficiently advised finds that the motion should be, and it hereby is **denied.** As similarly stated in response to plaintiffs' two prior motions to reconsider orders of this Court, Rule 60 of the Federal Rules of Civil Procedure provides for relief from an order or judgment under certain circumstances. None of those circumstances apply in this situation. This Rule cannot be properly used to simply restate arguments which the Court has already rejected and the Court will, again, not permit the plaintiffs to do that in this case. The Court finds that plaintiffs' motion offers neither law nor fact requiring departure from the Court's July 19, 2006 orders, and will, therefore, **DENY** the instant motion (document #155).

The Court, again, reminds the plaintiffs if they:

* fail to comply with the requirements of the Court's previous orders; OR

* fail to pay the costs and attorneys fees for the previously scheduled depositions; OR

* fail to comply with future orders of the Court,

it is likely that the Court will impose more sanctions which can include dismissal of this action.

**IT IS SO ORDERED.**

<u>/S/JIMM LARRY HENDREN</u>
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE