```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                        PLAINTIFFS

        v.                    Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                                DEFENDANTS

### O R D E R

Now on this 5th day of January, 2007, the above referenced matter comes on for this Court's consideration of **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater, and Alton Louis Vaughn, Sr. Motion to Alter or Amend** (document #178). The Court, being well and sufficiently advised, finds and orders as follows:

    1.  An Order was entered by this Court on December 20, 2006 (document #176). The Order disposed of several motions, provided certain deadlines to the parties, scheduled this matter for trial, and ordered the parties to take certain specific actions.

    2.  On December 29, 2006, the plaintiffs filed the above mentioned motion apparently seeking to alter or amend the Court's Order.

    3.  The plaintiffs have historically filed needless motions "rehashing" arguments previously rejected by this Court. And, although Rule 60[1] of the Federal Rules of Civil Procedure provides for relief from an order or judgment under certain circumstances, *again*, none of those circumstances apply in this situation. Rule 60 cannot be properly used to simply restate arguments which the

---

[1] The Court notes that, in the instant motion, the plaintiffs refer to Rule 59 of the Federal Rules of Civil Procedure. Rule 59 is not applicable to the pending situation as it refers to motions for new trials and amendment of judgments.

Court has already rejected and, *again*, the Court will not permit plaintiffs to do that in this case. Accordingly, the Court finds that plaintiffs' motion offers neither law nor fact requiring departure from the Court's December 20, 2006 Order, and will, therefore, **deny** the **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater, and Alton Louis Vaughn, Sr. Motion to Alter or Amend** (document #178).

4.   The Court directs the plaintiffs to paragraph 10 of the December 20, 2006 Order which states:

"The Court *again* notes that:

*  If plaintiffs fail to comply with the requirements of this Order; OR

*  if they fail to pay the costs and attorneys fees for the previously scheduled depositions; OR

*  if they fail to comply with future orders of the Court, it is likely the Court will impose further sanctions which can -- and likely will -- include dismissal of this action."
(Document #176)

**IT IS, THEREFORE, ORDERED** that **Plaintiffs' Crystal Leann "Clarida" Fitzwater, Jerald W. Fitzwater, and Alton Louis Vaughn, Sr. Motion to Alter or Amend** (document #178) should be, and it hereby is, **denied.**

IT IS SO ORDERED.

                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE