```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

CRYSTAL LEANN "CLARIDA"
FITZWATER, et al.                                    PLAINTIFFS

         v.            Civil No. 05-3056

JOHNNY L. NICHOLS, et al.                            DEFENDANTS

## O R D E R

Now on this 2nd day of April, 2007, the above referenced matter comes on for this Court's consideration of the following motions:

    \*    **Separate Plaintiff's Alton Louis Vaughn, Sr. Motion to Alter or Amend (document #184);**

    \*    **Separate Plaintiff's Jerald W. Fitzwater Motion to Alter or Amend (document #188); and**

    \*    **Separate Plaintiff's Crystal Leann "Clarida" Fitzwater, Motion to Alter or Amend (document #190).**

The Court, being well and sufficiently advised, finds and orders as follows:

1. An Order was entered by this Court on February 5, 2007 (document #183). The Order disposed of several motions, dismissed the plaintiffs' complaint, and awarded costs and attorney fees to the defendants.

2. The above referenced motions were then filed by the plaintiffs, and seek to alter or amend the Court's Order.

3. The plaintiffs have historically filed needless motions "rehashing" arguments previously rejected by this Court. And, the Court *again* finds that plaintiffs' motions offer neither law nor fact requiring departure from the Court's February 5, 2007 Order, and will, therefore, **deny** the above referenced motions.

**IT IS, THEREFORE, ORDERED** that

* **Separate Plaintiff's Alton Louis Vaughn, Sr. Motion to Alter or Amend (document #184);**

* **Separate Plaintiff's Jerald W. Fitzwater Motion to Alter or Amend (document #188); and**

* **Separate Plaintiff's Crystal Leann "Clarida" Fitzwater, Motion to Alter or Amend (document #190)**

should be, and they hereby are, **denied**.

IT IS SO ORDERED.

                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE